**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CEDRIC GREENE and**
**VALERIE STEPHEN** **PLAINTIFFS**

**v.** **No. 3:26-cv-222-DPM**

**PACIFIC SHORE PROPERTY MANAGEMENT; KRISTINA VILLICANA, Accounting Manager; SUPERIOR COURT OF LOS ANGELES COUNTY, Appellate Division** **DEFENDANTS**

**ORDER**

**1.** The application to proceed *in forma pauperis, Doc. 1,* is granted. Stephen didn't sign the application. Greene, however, reports that they have no savings and little income.

**2.** Because of earlier vexatious and frivolous cases, Greene and Stephen are on the restricted-filer list. The Court has examined the complaint in this case. It is more of the same. The complaint will therefore be dismissed without prejudice. *Denton v. Hernandez,* 504 U.S. 25, 32–33 (1992).

So Ordered

D.P. Marshall Jr.
United States District Judge

2 November 2026