**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CEDRIC GREENE and**
**VALERIE STEPHEN** **PLAINTIFFS**

**v.** **No. 3:26-cv-222-DPM**

**PACIFIC SHORE PROPERTY MANAGEMENT; KRISTINA VILLICANA, Accounting Manager; SUPERIOR COURT OF LOS ANGELES COUNTY, Appellate Division** **DEFENDANTS**

# JUDGMENT

The complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

2 November 2026